This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ANDREW ATENCIO, JEFFREY ATENCIO and MELISSA ATENCIO,**

Plaintiffs-Appellees,

v.                                                          **NO. 32,784**

**DEBBIE PENA and RICHARD MARTINEZ,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Sheri Raphaelson, District Judge**

Andrew Atencio
Jeffrey Atencio
Melissa Atencio
Santa Cruz, NM

Pro se Appellees

Amy L. Propps
Santa Fe, NM

for Appellants

## MEMORANDUM OPINION

**GARCIA, Judge.**

Summary affirmance was proposed for the reason stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**CYNTHIA A. FRY, Judge**

2